IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ZAHRA SALARI LAK

    Debtor

ZAHRA SALARI LAK

    Movant

vs.

NO RESPONDENTS

) Bankruptcy No. 20-22057-CMB
)
) Chapter 13
)
) Related to: Document No. 13

## ORDER OF COURT

AND NOW, to wit, this 22nd day of July 2020, it is hereby ORDERED that the Debtor is granted an additional fourteen (14) days, or to August 4, 2020, in which to complete the remaining schedules, Statement of Financial Affairs and Chapter 13 Plan as per the Notice of Deficiency issued in this bankruptcy case.

BY THE COURT:

Carlota M. Böhm     glb
Chief United States Bankruptcy Judge

FILED
7/22/20 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-22057-CMB
Zahra Salari Lak                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: mgut                    Page 1 of 1              Date Rcvd: Jul 22, 2020
                                  Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db             Zahra Salari Lak,    2154 S Villa Dr,    Gibsonia, PA  15044-7473

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
      James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
      AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE
      PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 bkgroup@kmllawgroup.com
      Jill   Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
      jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Robert H. Slone    on behalf of Debtor Zahra Salari Lak robertslone223@gmail.com,
      rslone@pulsenet.com;G17689@notify.cincompass.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 6