IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ZAHRA SALARI LAK          )   Bankruptcy No. 20-22057-CMB
                          )
                          )   Chapter 13
          Debtor          )
                          )
                          )   Related to: Document No. 21
ZAHRA SALARI LAK          )
                          )
          Movant          )
                          )
   vs.                    )
                          )
NO RESPONDENTS            )

## ORDER OF COURT

AND NOW, to wit, this __19th__ day of __August__ 2020, it is hereby ORDERED that the Debtor is granted an additional ten (10) days, or to __August 29, 2020__, in which to complete the remaining schedules, Statement of Financial Affairs and Chapter 13 Plan as per the Notice of Deficiency issued in this bankruptcy case. No further extensions of time shall be granted.

BY THE COURT:

Carlota M. Böhm      glb
Chief United States Bankruptcy Judge

FILED
8/19/20 7:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Zahra Salari Lak  
    Debtor

Case No. 20-22057-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Aug 19, 2020  
                           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.  
db           Zahra Salari Lak,   2154 S Villa Dr,   Gibsonia, PA 15044-7473

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:

         James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 bkgroup@kmllawgroup.com  
         Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Robert H. Slone    on behalf of Debtor Zahra Salari Lak robertslone223@gmail.com, rslone@pulsenet.com;G17689@notify.cincompass.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                             TOTAL: 7