IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ZAHRA SALARI LAK            )    Bankruptcy No. 20-22057-CMB
                            )
                            )    Chapter 13
            Debtor          )
                            )    Document No.
                            )

INCOME VERIFICATION

**HSBC Bank Statement**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 19 Aug 2020 | PAYMENT TO PROG SELECT INS-INS | -202.00 | |
| 17 Aug 2020 | PAYMENT TO BARCLAYCARD US-CREDITCARD | -500.00 | 4,063.79 |
| 13 Aug 2020 | INTEREST PAID FROM 07/13/20 THRU 08/12/20 | 0.02 | 4,563.79 |
| 11 Aug 2020 | MONTHLY MAINTENANCE FEE BASED ON AVERAGE DAILY | -50.00 | 4,563.77 |
| 10 Aug 2020 | PAYMENT TO CCI - PENNSYLVAN-DEBITS | -91.38 | 4,613.77 |
| 07 Aug 2020 | PAYMENT TO THE BOROUGH OF B-DIRECT DB | -29.52 | 4,705.15 |
| 07 Aug 2020 | PAYMENT TO AMEX EPAYMENT-ACH PMT | -200.00 | 4,734.67 |
| 07 Aug 2020 | DEPOSIT FROM RICHARD M KASTEL-DIRECT DEP | 2,291.27 | 4,934.67 |
| 06 Aug 2020 | PAYMENT TO DUQUESNE LIGHT-PAYMENT | -131.36 | 2,643.40 |
| 06 Aug 2020 | PAYMENT TO COMENITY PAY SB-PHONE PYMT | -250.00 | 2,774.76 |
| 05 Aug 2020 | PAYMENT TO HIGHMARK-EDI PAYMTS | -66.30 | 3,024.76 |
| 03 Aug 2020 | PAYMENT TO J G JULIAN, INC-MONTH DUES | -38.00 | 3,091.06 |
| 03 Aug 2020 | DEPOSIT FROM SSA TREAS 310-XXSOC SEC | 471.60 (Debtor's SSA) | 3,129.06 |
| 03 Aug 2020 | DEPOSIT FROM SSA TREAS 310-XXSOC SEC | 2,480.00 (Debtor's Spouse's SSA) | 2,657.46 |