IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 20-22057-CMB |
| ZAHRA SALARI LAK | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| ROBERT H. SLONE, | ) | RE: Docket No. 32 |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

**CERTIFICATE OF SERVICE OF TEXT ORDER AT DOCKET NO. 32 REGARDING
REQUEST TO RESTRICT PUBLIC ACCESS TO DOCUMENT**

    I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below and on the attached list on September 2, 2020 by the following:

Service by Electronic Notification:
Ronda J. Winnecour, Trustee:  cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Office of the United States Trustee
Liberty Center, Ste. 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Zahra Salari Lak
2154 S. Villa Drive
Gibsonia, PA 15044

EXECUTED ON: September 2, 2020      By:      /s/ ROBERT H. SLONE
Robert H. Slone, Esquire
PA I.D. No. 19963
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990; robertslone223@gmail.com