UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

IN RE:
ZAHRA SALARI LAK

Case Number: 2020-22057-CMB
Chapter 13

Debtor.
_____/

## REQUEST FOR NOTICE AND COPIES

BECKER & POLIAKOFF, P.A., hereby files its Request for Notice and Copies on behalf of **TWO CITY PLAZA CONDOMINIUM ASSOCIATION, INC.**, a creditor of the debtor, and said counsel requests notice of all future hearings and copies of all future filings in this proceeding, as provided in the Bankruptcy Code and Bankruptcy Rules.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by first class United States mail or by CM/ECF to: Robert H. Slone, Esq., Attorney for Defendant, Zahra Salari Lak, Mahady & Mahady, 223 South Maple Ave, Greensburg, PA 15601, robertslone223@gmail.com; Ronda J Winnecour, Suite 3250, USX Tower, Pittsburgh, PA 15219; U.S. Trustee , Office of the U.S. Trustee, Liberty Center, 1001 Liberty Ave, Suite 970, Pittsburgh, PA 15222, on this 8th day of September 2020.

BECKER & POLIAKOFF, P.A.
1 East Broward Blvd., Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 985-4102
Fax: (954) 987-5940
Primary: cofoservicemail@beckerlawyers.com

BY: / s / *Candace C. Solis*
Candace C. Solis
Florida Bar #88833

14130618v.1 T21593/397221 SMORRISON