**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Zahra Salari Lak,<br><br>        Debtor. | Bankruptcy No. 20-22057-CMB<br><br>Chapter 13 |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Pursuant to Rule 9010 of the Bankruptcy Rules, the undersigned appears as counsel for **Mainline Capital, LLC**, parties in interest in the above-captioned case.

The undersigned requests that all notices and papers including pursuant to Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case be given to and served upon her. The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or reply papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Dated: September 10, 2020                          TUCKER ARENSBERG, P.C.

                                                            */s/ Maribeth Thomas*
                                                            Maribeth Thomas, Esquire
                                                           Pa. I.D. No. 208376
                                                           mthomas@tuckerlaw.com
                                                           1500 One PPG Place
                                                           Pittsburgh, PA  15222
                                                           Phone:  (412) 566-1212
                                                           Fax:  (412) 594-5619

                                                           *Counsel for Mainline Capital, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 20-22057-CMB |
| Zahra Salari Lak, | Chapter 13 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing Notice of Appearance and Request For Service of Papers was served upon all interested parties via the Court's ECF system this 10th day of September, 2020.

Dated: September 10, 2020

TUCKER ARENSBERG, P.C.

*/s/ Maribeth Thomas*
Maribeth Thomas, Esquire
Pa. I.D. No. 208376
mthomas@tuckerlaw.com
1500 One PPG Place
Pittsburgh, PA 15222
Phone: (412) 566-1212
Fax: (412) 594-5619

*Counsel for Mainline Capital, LLC*

TADMS:5368157-1 035298-189654