**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy No. 20-22057-CMB |
| Zahra Salari Lak, | Chapter 13 |
| Debtor. | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Pursuant to Rule 9010 of the Bankruptcy Rules, the undersigned appears as counsel for **Mainline Capital, LLC**, parties in interest in the above-captioned case.

The undersigned requests that all notices and papers including pursuant to Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case be given to and served upon her. The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or reply papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Dated: September 10, 2020              TUCKER ARENSBERG, P.C.

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald, Esquire
Pa. I.D. No. 18110
jfitzgerald@tuckerlaw.com
1500 One PPG Place
Pittsburgh, PA  15222
Phone:  (412) 566-1212
Fax:  (412) 594-5619

*Counsel for Mainline Capital, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy No. 20-22057-CMB |
| Zahra Salari Lak, | Chapter 13 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I certify that true and correct copies of the foregoing Notice of Appearance and Request For Service of Papers was served upon all interested parties via the Court's ECF system this 10th day of September, 2020.

Dated: September 10, 2020        TUCKER ARENSBERG, P.C.

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald, Esquire
Pa. I.D. No. 18110
jfitzgerald@tuckerlaw.com
1500 One PPG Place
Pittsburgh, PA  15222
Phone:  (412) 566-1212
Fax:  (412) 594-5619

*Counsel for Mainline Capital, LLC*

TADMS:5368157-1 035298-189654