# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

IN RE:                                                           Case No. 20-22057-CMB
                                                                    Chapter 13

Zahra Salari Lak

Debtor(s).

## NOTICE OF APPEARANCE

**Legacy Mortgage Asset Trust 2019-SL1**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:      */s/ Daniel P. Jones, Esquire*
            Daniel P. Jones, Esquire,
            Bar No: 321876
            Stern & Eisenberg, PC
            1581 Main Street, Suite 200
            The Shops at Valley Square
            Warrington, PA 18976
            Phone: (215) 572-8111
            Fax: (215) 572-5025
            djones@sterneisenberg.com
            Attorney for Creditor

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 23rd day of September, 2020, to the following:

Robert H. Slone
223 South Maple Avenue
Greensburg, PA 15601
robert.slone@7trustee.net
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*

U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Zahra Salari Lak
2154 S Villa Dr
Gibsonia, PA 15044-7473

*Debtor(s)*

              By:  */s/Daniel P. Jones, Esquire*