**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy No. 20-22057-CMB |
| Zahra Salari Lak, | Chapter 13 |
| Debtor. | |

**NOTICE OF CHANGE OF ADDRESS**

**Mainline Capital, LLC** ("**Mainline**"), the holder of Claim No. 9-1 in the above-referenced case, hereby gives notice to the Debtor, Debtor's Counsel, and the Chapter 13 Trustee that all notices should be served upon Mainline at the new notice address set forth below.

**Old Notice Address:**

701 S. Olive Street, Suite 104
West Palm Beach, FL  33401

**New Notice Address:**

105 NE 1st Street
Delray Beach, FL  33444

Dated: September 25, 2020

TUCKER ARENSBERG, P.C.

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald, Esquire
Pa. I.D. No. 18110
jfitzgerald@tuckerlaw.com
Maribeth Thomas, Esquire
Pa. I.D. No. 208376
mthomas@tuckerlaw.com
1500 One PPG Place
Pittsburgh, PA  15222
Phone:  (412) 566-1212

*Counsel for Mainline Capital, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Zahra Salari Lak,

     Debtor.

Bankruptcy No. 20-22057-CMB

Chapter 13

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 25th day of September, 2020, a true and correct copy of Mainline Capital, LLC's Notice of Change of Address was served upon all parties via the Court's ECF system and upon the following parties by U.S. First Class Mail, postage prepaid, to the following addresses:

| | |
|---|---|
| Zahra Salari Lak<br>2154 S. Villa Dr.<br>Pittsburgh, PA  15044-7473<br><br>*Debtor* | Robert H. Slone, Esq.<br>Mahady & Mahady<br>223 South Maple Avenue<br>Greensburg, PA  15601<br>Robertslone223@gmail.com<br><br>*Debtor's Counsel* |
| Ronda J. Winnecour, Esq.<br>Office of the Chapter 13 Trustee<br>Suite 3250, USC Tower<br>600 Grant Street<br>Pittsburgh, PA  15219<br><br>*Chapter 13 Trustee* | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA  15222<br><br>*United States Trustee* |

Dated: September 25, 2020

TUCKER ARENSBERG, P.C.

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald, Esquire
Pa. I.D. No. 18110
jfitzgerald@tuckerlaw.com
Maribeth Thomas, Esquire
Pa. I.D. No. 208376
mthomas@tuckerlaw.com
1500 One PPG Place
Pittsburgh, PA  15222
Phone:  (412) 566-1212
Fax:  (412) 594-5619

*Counsel for Mainline Capital, LLC*

TADMS:5368157-1 035298-189654