**\*FILING FEE PAID\*** (Yes)  No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Lak, Zahra                         JAD/TPA/(CMB)/GLT

Case Number: 20-22057

Date of Meeting: 10 / 5 / 20             Recording # _____
Debtor(s) present ✓ or Not Present____ (✓ No Payments Made or __ partial payments)
Attorney for debtor(s) Slone, Robert (Present ✓ or Not Present____)
Date of Plan at § 341: 8-28-20    Applicable commitment period ___ 3 yrs ___ 5 yrs

✓ Maribeth Thomas : Mainline Capital        ✓ Maria Miksich BNY Mellon
✓ Dan Jones : Select Portfolio
✓ Allison Carr : Pa Revenue
✓ Nicholas : BNY Mellon

tax return to be provided

$5,787 payment made

property in France 800,000 euros
(about)

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                    ___ Order to Show Cause Requested
                                    ___ To be rescheduled by Clerk

✓ Confirmation Order recommended ___ Final ___ Interim
✓ Amended Plan due: 10-23-20 ; Objections due: 11-13-20

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
   ___ 341 Meeting   OR ___ Conciliation Conf. OR ___ *Contested Hearing
   On    12-3-20           at   10:00   am/pm  Location _____

                                    _____Kate DiSimone_____
                                    Chapter 13 Trustee/Attorney for Trustee