STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
PHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Zahra Salari Lak | Case No. 20-22057-CMB |
| Debtor(s) | Related to Document No. 51 |
| Legacy Mortgage Asset Trust 2019-SL1 | Document No. |
| Movant | |
| | Hearing: November 10, 2020 at 10:30 am |
| v. | |
| Zahra Salari Lak | |
| Ronda J. Winnecour, Trustee | |
| Respondents(s) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF LEGACY MORTGAGE ASSET TRUST 2019-SL1 FOR EXTENSION OF TIME TO FILE PROOF OF CLAIM (TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than October 23, 2020 [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A **telephonic** hearing will be held on November 10, 2020, at 10:30 a.m. before Judge Carlota M. Bohm.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.  Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

                                                  STERN & EISENBERG, PC

Date of Service: October 6, 2020              By: /s/ Daniel P. Jones
                                                  Daniel P. Jones, Esq.,
                                                  1581 Main Street, Suite 200
                                                  The Shops at Valley Square
                                                  Warrington, PA 18976
                                                  Phone: (215) 572-8111
                                                  Fax: (215) 572-5025
                                                  Bar Number: 321876
                                                  Email: djones@sterneisenberg.com

Case 20-22057-CMB    Doc 58    Filed 10/06/20    Entered 10/06/20 19:30:42    Desc Main
Document      Page 2 of 4

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
PHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Zahra Salari Lak | Case No. 20-22057-CMB |
| Debtor(s) | Related to Document No. 1 |
| Legacy Mortgage Asset Trust 2019-SL1 | Document No. |
| Movant | |
| | Hearing: November 10, 2020 at 10:30 am |
| v. | |
| Zahra Salari Lak | |
| Ronda J. Winnecour, Trustee | |
| Respondents(s) | |

**CERTIFICATE OF SERVICE OF NOTICE OF MOTION FOR EXTENSION OF TIME TO FILE PROOF OF CLAIM BY LEGACY MORTGAGE ASSET TRUST 2019-SL1**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) **October 6, 2020**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **NEF and/or First Class United States Mail**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON October 6, 2020

By: */s/ Daniel P. Jones*
Daniel P. Jones
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: (215) 572-8111
Fax: (215) 572-5025
Counsel for MOVANT

**PAWB Local Form 7 (07/13)**

**Service by NEF**

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
**Bankruptcy Trustee**

Robert H. Slone, Esq.
223 South Maple Avenue
Greensburg, PA 15601
robert.slone@7trustee.net
**Counsel for Debtor**

U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
**US Trustee**

**Service by First Class US Mail**

Zahra Salari Lak
2154 S Villa Dr
Gibsonia, PA 15044-7473
**Debtor(s)**