IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-22641 |
| WAYNE J. ROBINSON | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Document No. |
| WAYNE J. ROBINSON | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

**NOTICE REGARDING FILING OF MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(e), I , Robert H. Slone, Esquire, counsel for the debtor(s) in the above bankruptcy, hereby certify that the following list of creditor(s) names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By:   /s/ ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
PA I.D. No. 19963
robertslone223@gmail.com

American Honda Finance
Attn: National Bankruptcy Center
PO Box 166469
Irving, TX  75016-6469

American Honda Finance
201 Little Falls Dr
Wilmington, DE  19808-1674

Ashley Robinson
104 Bart Dr
Pittsburgh, PA  15235-1701

Citibank
Citicorp Credit Srvs/Centralized
Bk dept
PO Box 790034
Saint Louis, MO  63179-0034

Citicards Cbna
PO Box 6217
Sioux Falls, SD  57117-6217

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE  19850-5316

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH  43054-3025

Navy Fcu
1 Security Pl
Merrifield, VA  22081

Navy Federal Cr Union
820 Follin Ln SE
Vienna, VA  22180-4907

Navy Federal Credit Union
Attn: Bankruptcy Dept
PO Box 3000
Merrifield, VA  22119-3000

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA  22119-3000