**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-22057-CMB |
| | : | |
| Zahra Salari Lak | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. |
| Zahra Salari Lak | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Robert H. Slone, counsel for the debtor(s) in the above-captioned case, hereby certify that the following creditors(s) name(s) and address(es) was/were uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of the Debtors' Amendment to Schedule D.

Legacy Mortgage Asset Trust 2019-SL1
c/o Daniel P. Jones, Esq.
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976-3400

The Bank of New York
Mellon
c/o Bank of America
PO Box 31785
Tampa, FL 33631-3785

KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Ste. 5000
Philadelphia, PA 19106-1541
(Notice only)

Two City Plaza Condominium
Association, Inc.
c/o Becker & Poliakoff, PA
1 East Broward Avenue, Ste. 1700
Ft. Lauderdale, FL 33301-1806

Dated: October 22, 2020

/S/ ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA  15601
(724) 834-2990
PA I.D. No. 19963
robertslone223@gmail.com