IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Zahra Salari Lak<br><br>　　　　Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 20-22057-CMB |

## CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, attorney for Legacy Mortgage Asset Trust 2019-SL1 C/O Select Portfolio Servicing, Inc., hereby certify that a true and correct copy of the Motion to File Late Claims was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

    In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion to File Late Claims with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by October 24, 2020. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

                                                  STERN & EISENBERG, PC

                                                  By: /s/Daniel P. Jones
                                                  Daniel P. Jones, Esquire
                                                  Stern & Eisenberg, PC
                                                  1581 Main Street, Suite 200
                                                  The Shops at Valley Square
                                                  Warrington, PA 18976
                                                  Phone: (215) 572-8111
                                                  Facsimile: (215) 572-5025
                                                  Bar Number: 321876
                                                  djones@sterneisenberg.com
                                                  Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Zahra Salari Lak<br><br>    Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 20-22057-CMB |

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on October 27, 2020 via First Class Mail.

Robert H. Slone
223 South Maple Avenue
Greensburg, PA 15601
robert.slone@7trustee.net
**Counsel for Debtor**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
**Bankruptcy Trustee**

U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Zahra Salari Lak
2154 S Villa Dr
Gibsonia, PA 15044-7473
**Debtor(s)**

        STERN & EISENBERG, PC
        By: /s/Daniel P. Jones
        Daniel P. Jones, Esquire
        Stern & Eisenberg, PC
        Bar Number: 321876
        djones@sterneisenberg.com
        Counsel for Movant