IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 20-22057-CMB |
| ZAHRA SALARI LAK | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| ROBERT H. SLONE, | ) | RE: Docket Nos. 64, 66 |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE OF ORDER OF COURT AND AMENDED CHAPTER 13 PLAN DATED OCTOBER 22, 2020

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below on October 27, 2020 by First-Class Mail:

| | | |
|---|---|---|
| Jeffrey R. Hunt, Esquire | Allison L. Carr, Senior Deputy Attorney | Legacy Mortgage Asset Trust 2019-SL1 |
| GRB Law | Commonwealth Of Pennsylvania | C/O Daniel P. Jones, Esquire |
| 437 Grant Street, 14th Floor | Office of Attorney General | Stern & Eisenberg, PC |
| Pittsburgh, PA 15219-6107 | 1251 Waterfront Place | 1581 Main Street, Suite 200 |
| | Mezzanine Level | The Shops at Valley Square |
| | Pittsburgh, PA 15222 | Warrington, PA 18976 |

EXECUTED ON: October 27, 2020     By:     /s/ ROBERT H. SLONE
Robert H. Slone, Esquire
PA I.D. No. 19963
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990; robertslone223@gmail.com