**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 20-22057-CMB** |
| | : | |
| **Zahra Salari Lak** | : | **Chapter 13** |
| **Debtor** | : | |
| | : | **RE:  Document No. 61,  65** |
| **Zahra Salari Lak** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **No Respondent** | : | |

**CERTIFICATE OF SERVICE OF  TEXT ORDER AND AMENDMENT TO SCHEDULE D**

    I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below and on the attached list on October 27, 2020 by the following:

**Service by First Class U.S. Mail:**

| | | |
|---|---|---|
| U.S. Trustee's Office | Legacy Mortgage Asset Trust 2019-SL1 | The Bank of New York |
| Liberty Center, Suite 970 | c/o Daniel P. Jones, Esq. | Mellon |
| 1001 Liberty Avenue | Stern & Eisenberg, PC | c/o Bank of America |
| Pittsburgh, PA 15222 | 1581 Main Street, Ste. 200 | PO Box 31785 |
| | The Shops at Valley Square | Tampa, FL 33631-3785 |
| | Warrington, PA 18976-3400 | |
| | | |
| Two City Plaza Condominium | KML Law Group, PC | |
| Association, Inc. | BNY Mellon Independence Center | |
| c/o Becker & Poliakoff, PA | 701 Markert Street, Ste. 5000 | |
| 1 East Broward Avenue, Ste. | Philadelphia, PA 19106-1541 | |
| 1700 | | |
| Ft. Lauderdale, FL 33301-1806 | | |

**Service by Electronic Notification:**
Ronda J. Winnecour, Trustee:  cmecf@chapter13trusteewdpa.com

EXECUTED ON: October 27, 2020          By:     /s/ ROBERT H. SLONE
                                                Robert H. Slone, Esquire
                                                PA I.D. No. 19963
                                                MAHADY & MAHADY
                                                223 South Maple Avenue
                                                Greensburg, PA 15601
                                                (724) 834-2990; robertslone223@gmail.com