**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 20-22057-CMB** |
| | : | |
| **Zahra Salari Lak** | : | Chapter 13 |
| Debtor | : | |
| | : | RE:  Document No. 63, 65 |
| **Zahra Salari Lak** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **No Respondent** | : | |

**CERTIFICATE OF SERVICE OF  TEXT ORDER AND AMENDMENT TO SCHEDULES A, C, H AND J**

     I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below and on the attached list on October 27, 2020 by the following:

**Service by Electronic Notification:**
Ronda J. Winnecour, Trustee:  cmecf@chapter13trusteewdpa.com

EXECUTED ON: October 27, 2020     By:    /s/ ROBERT H. SLONE
                                                                             Robert H. Slone, Esquire
                                                                             PA I.D. No. 19963
                                                                             MAHADY & MAHADY
                                                                             223 South Maple Avenue
                                                                             Greensburg, PA 15601
                                                                             (724) 834-2990; robertslone223@gmail.com