IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Zahra Salari Lak | : | Case No. 20-22057-CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Doc. 90 and 95 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Mainline Capital, LLC, and | : | |
| Zahra Salari Lak | : | Hearing Date: 1/6/21 at |
| Respondent(s) | : | 1:30 p.m. |

## CERTIFICATE OF SERVICE

I, Rosa M. Richard of the Office of the Chapter 13 Trustee, Suite 3250, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.

Certify:

That I am at least 18 years of age:

That on the 24th day of November 2020, I served a copy of the Order and Notice Setting Date Certain for Response and Hearing on Motion together with the Motion filed in this proceeding.

The Parties in interest served in this proceeding, by:
First Class Postage Prepaid Mail

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA  15222

Robert H. Slone
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601

Zahra Salari Lak
2154 S. Villa Drive
Gibsonia, PA  15044-7473

Judith K. Fitzgerald, Esquire
Maribeth Thomas, Esquire
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA  15222

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 11/24/2020          /s/ Rosa M. Richard
                                                 Rosa M. Richard
                                                 Suite 3250- US Steel Tower
                                                 600 Grant Street
                                                 Pittsburgh PA 15219
                                                 412-471-5566
                                                 cmecf@chapter13trusteewdpa.com