| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Saturday, December 5, 2020 10:26 AM |
| To: | robertslone223@gmail.com |
| Subject: | U.S. Bankruptcy Court, Western District of Pennsylvania - Undeliverable Notice, In re: Zahra Salari Lak, Case Number: 20-22057, CMB, Ref: [p-158251642] |
| Attachments: | B_P220220571490369.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

December 6, 2020

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Zahra Salari Lak, Case Number 20-22057, CMB

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

2<br>
U.S. Bankruptcy Court<br>
5414 U.S. Steel Tower<br>
600 Grant Street<br>
Pittsburgh, PA 15219

Undeliverable Address:
WELLS FARGO BANK, N.A.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS: c/o Jill Manuel-Coughlin, Esq.
Powers Kirn LLC
8 Neshaminy Interplex - Suite 215
Trevose, PA 19053

1

Undeliverable Address:
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS: 4161 Piedmont Parkway
Greensboro, NC 27410

Undeliverable Address:
TD Auto Finance LLC

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS: c/o Martin A. Mooney
Schiller, Knapp, Lefkowitz + Hertzel LLP
950 New Loudon Road Suite 109
Latham, NY 12110

Undeliverable Address:
Commonwealth of Pennsylvania, Department of Revenu

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS: Commonwealth of Pennsylvania
Office of Attorney General
1251 Waterfront Place
Mezzanine level
Pittsburgh, PA 15222

_____     12/7/2020
Signature of Debtor or Debtor's Attorney        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

RECEIVED 2020 DEC 10 P 2:20 CLERK U.S. BANKRUPTCY COURT PITTSBURGH