**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| ZAHRA SALARI LAK, | : | Bankruptcy Case No. 20-22057-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| MAINLINE CAPITAL, LLC, | : | Related to Doc. No. 90 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| ZAHRA SALARI LAK, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

     *AND NOW*, this **8th day of December, 2020**, upon consideration of the Motion To Continue Hearing on Chapter 13 Trustee's Motion to Reconsider Order Approving Stipulation and Consent Order [Doc. No. 90] (the "Motion") filed by Mainline Capital, LLC, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is APPROVED.

2. The Response Date is continued to **March 1, 2021.**

3. The Hearing on the Motion to Reconsider Order Approving Stipulation and Consent Order scheduled on January 6, 2021 at 1:30 p.m. is CANCELLED and shall be continued to **March 16, 2021 at 10:00 a.m.,** by ***ZOOM Video Conference*** Application ("Zoom").  To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time:  https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE

REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
12/8/20 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22057-CMB |
| Zahra Salari Lak | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Zahra Salari Lak, 2154 S Villa Dr, Gibsonia, PA 15044-7473 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue acarr@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT  INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Legacy Mortgage Asset Trust 2019-SL1 djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton & Hampton Township School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Judith K. Fitzgerald | on behalf of Creditor Mainline Capital  LLC jfitzgerald@tuckerlaw.com, |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 1 |

judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maribeth Thomas
    on behalf of Creditor Mainline Capital  LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Martin A. Mooney
    on behalf of Creditor TD Auto Finance LLC kcollins@schillerknapp.com  lgadomski@schillerknapp.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone
    on behalf of Debtor Zahra Salari Lak robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com

Robert H. Slone
    on behalf of Attorney Robert H. Slone robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 15