IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Zahra Salari Lak | : | Case No. 20-22057-CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Legacy Mortgage Asset Trust 2019-SL1 | : | |
| c/o Select Portfolio Servicing, Inc. | : | Related to Doc. 100 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Zahra Salari Lak | : | Hearing Date: 1/6/21 @ 1:30 p.m. |
| Respondent(s) | : | |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CONSENT ORDER/STIPULATION SETTLING OBJECTION TO CONFIRMATION AND PROVIDING IMMEDIATE RELIEF FROM AUTOMATIC STAY

The Objection was filed in the above-referenced case on November 30, 2020 (document #100) is hereby WITHDRAWN. The objection was based on a belief that there was equity in the property. Upon further review it appears there are two mortgage against the subject property totaling (based on claims filed) about $711,000.00. Based on scheduled value of the property (in an Amended Schedule A) and on a BPO provided by the Creditor it appears there would be little or no equity in the property after costs of sale. Trustee therefore withdraws her objection to the stipulation.

Respectfully submitted

12/15/2020

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Zahra Salari Lak | : | Case No. 20-22057-CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Legacy Mortgage Asset Trust 2019-SL1 | : | |
| c/o Select Portfolio Servicing, Inc. | : | Related to Doc. 100 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Zahra Salari Lak | : | Hearing Date: 1/6/21 @ 1:30 p.m. |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Robert H. Slone
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601

Zahra Salari Lak
2154 S. Villa Drive
Gibsonia, PA  15044-7473

Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976

| | |
|---|---|
| <u>12/15/20</u> | /s/ Rosa M. Richard |
| Date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |