# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Zahra Salari Lak | Case No. 20-22057-CMB |
| Debtor(s) | Related to Document No. 86 |
| Legacy Mortgage Asset Trust 2019-SL1 | |
| Movant | |
| v. | |
| Zahra Salari Lak | |
| Ronda J. Winnecour, Trustee | |
| Respondents(s) | |

## CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, attorney for Legacy Mortgage Asset Trust 2019-SL1 C/O Select Portfolio Servicing, Inc., hereby certify that a true and correct copy of the Consent Order/Stipulation Settling Objection to Confirmation and Providing Immediate Relief from Automatic Stay has been seen and reviewed by Debtor, counsel for the Debtor, and the Trustee, as evidenced by Debtor's consent to same and the Trustee's objection thereto. The Trustee's objection has since been withdrawn due to the absence of equity in the subject property. Further, the Trustee's objection indicates that the Trustee's consent to such a stipulation is not generally required when there is no equity. Accordingly, the consent Order/Stipulation has not been revised to seek the Trustee's consent, but rather the Trustee's consent is assumed based on their withdrawal of the objection to the Consent Order/Stipulation.

    There is currently no hearing scheduled for this matter and no party of interest currently has an adverse response of record to the proposed Consent Order/Stipulation. Accordingly, Movant is entitled to the relief requested.

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire (321876)
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
Phone: (215) 572-8111
djones@sterneisenberg.com
Counsel for Movant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Zahra Salari Lak | Case No. 20-22057-CMB |
| Debtor(s) | Related to Document No. 86 |
| Legacy Mortgage Asset Trust 2019-SL1 | |
| Movant | |
| v. | |
| Zahra Salari Lak | |
| Ronda J. Winnecour, Trustee | |
| Respondents(s) | |

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) **December 22, 2020**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **NEF and/or First Class United States Mail**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON December 22, 2020

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire (321876)
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
Phone: (215) 572-8111
djones@sterneisenberg.com
Counsel for Movant

**PAWB Local Form 7 (07/13)**

**Service by NEF**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
**Bankruptcy Trustee**

Robert H. Slone
223 South Maple Avenue
Greensburg, PA 15601
robert.slone@7trustee.net
**Counsel for Debtor**

U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
**US Trustee**

**Service by First Class US Mail**

Zahra Salari Lak
2154 S Villa Dr
Gibsonia, PA 15044-7473
**Debtor(s)**