# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

| | |
|---|---|
| Debtor: | ZAHRA SALARI LAK |
| Case Number: | 20-22057-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 04, 2021 11:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
2/5/21 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Matter:

#64 Amended Chapter 13 Plan Dated 10/22/2020 (NFC)
R / M #:   64 / 0

## Appearances:

Debtor: Slone
Trustee: Winnecour / Pail / Katz / DeSimone   Warmbrodt

Creditor:
Allison Carr – PA Rev
Jeff Hunt – Hampton Tp + SD
Jill Locnikar – IRS
Maria Miksich – Bank of America
Maribeth Thomas – Mainline Capital

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by  3/19/21 .
   Objections are due on or before  4/9/21 
   A hearing on the Amended Plan is set for  4/29/21  at  11:00 .
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/26/2021   9:38:59AM