**Form 314**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Zahra Salari Lak** | : | Case No. 20−22057−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | Next Hearing Date: April 29, 2021 at |
| | : | 11:00 a.m. |

## ORDER

     **AND NOW,** this ***The 5th of February, 2021,*** as a result of the Proceeding held on February 4, 20201, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐    A.    The Parties cannot resolve the plan disputes, therefore, ***on or before April 9, 2021,*** all ***Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

        ***On April 29, 2021 at 11:00 AM,*** a Conciliation Conference is scheduled in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

        If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑    B.    ***On or before March 19, 2021,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* ***On or before April 9, 2021, Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

        ***On April 29, 2021 at 11:00 AM,*** a Conciliation Conference is scheduled in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

        If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Case 20-22057-CMB    Doc 118    Filed 02/07/21    Entered 02/08/21 00:34:19    Desc
Imaged Certificate of Notice    Page 2 of 7
continued on reverse side or next page

☐    C.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

Carlota M. Böhm, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-22057-CMB |
|---|---|
| Zahra Salari Lak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: gamr | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: 314 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Zahra Salari Lak, 2154 S Villa Dr, Gibsonia, PA 15044-7473 |
| aty | + | Robert H. Slone, 223 South Maple Avenue, Greensburg, PA 15601-3232 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Commonwealth of Pennsylvania, Department of Revenu, Office of Attorney General, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4262 |
| cr | + | Legacy Mortgage Asset Trust 2019-SL1, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Mainline Capital, LLC, 105 NE 1st Street, Delray Beach, FL 33444-3807 |
| cr | + | TD Auto Finance LLC, c/o Martin A. Mooney, Esq., 950 New London Road, Ste. 109, Latham, NY 12110-2190 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, 4161 Piedmont Parkway, Greensboro, NC 27410-8175 |
| cr | + | Township of Hampton & Hampton Township School Dist, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Two City Plaza Condominium Association, Inc., c/o Becker & Poliakoff, P.A., 1 East Broward Blvd., Suite 1700, Ft. Lauderdale, FL 33301-1862 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219 U.S.A. 15219-1906 |
| cr | + | WELLS FARGO BANK, N.A., c/o Jill Manuel Coughlin, Esq., 8 Neshaminy Interplex, Ste. 215, Trevose, PA 19053-6980 |
| 15285854 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15263519 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 15263518 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15263521 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15263520 | | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15263522 | | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15263523 | | Brclysbankde, PO Box 8803, Wilmington, DE 19899-8803 |
| 15263524 | | CB/Sony Visa, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15263525 | | Cb/wsvisa, PO Box 182789, Columbus, OH 43218-2789 |
| 15263526 | | Citibank, Citicorp Credit Srvs/Centr Bk Dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15263527 | | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15263529 | | Comenitybank/sonyvisa, PO Box 182789, Columbus, OH 43218-2789 |
| 15263532 | | HSBC Bank, Attn: Bankruptcy, PO Box 2013, Buffalo, NY 14240-2013 |
| 15263533 | | Hsbc Bank, PO Box 2013, Buffalo, NY 14240-2013 |
| 15301959 | | KML Law Group, PC, BNY Mellon Independence Center, 701 Markert Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 15301956 | + | Legacy Mortgage Asset Trust 2019-SL1, c/o Daniel P. Jones, Esq., Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, Warrington, PA 18976-3403 |
| 15263534 | + | Main Line Capital, LLC, 105 NE 1st Street, Delray Beach, FL 33444-3807 |
| 15287373 | + | Mainline Capital, LLC, c/o Judith K. Fitzgerald, Esq., 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| 15269940 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15263539 | | TD Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 15263540 | | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington, MI 48333-9223 |
| 15285600 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Ste. 109, Latham, NY 12110-2190 |
| 15301957 | | The Bank of New York Mellon, c/o Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 15280260 | | The Bank of New York Mellon, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15303195 | + | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15303194 | + | Township of Hampton and Hampton Township SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15286166 | + | Two City Plaza Condominium Association, Inc., c/o Becker & Poliakoff, P.A., 1 E. Broward Blvd., Suite 1700, Ft. Lauderdale, Florida 33301-1862 |
| 15301958 | + | Two City Plaza Condominium Association, Inc., c/o Becker & Poliakoff, PA, 1 East Broward Avenue, Ste. 1700, Ft. Lauderdale, FL |

| District/off: 0315-2 | User: gamr | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: 314 | Total Noticed: 56 |

| | | |
|---|---|---|
| | | 33301-1862 |
| 15288768 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 15263541 | | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2021 09:40:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15263526 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2021 04:59:13 | Citibank, Citicorp Credit Srvs/Centr Bk Dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15263527 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2021 04:38:06 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15263528 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2021 05:18:00 | Comenity Bank/WS Visa, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15263530 | | Email/Text: mrdiscen@discover.com | Feb 06 2021 05:17:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 15263531 | | Email/Text: mrdiscen@discover.com | Feb 06 2021 05:17:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15287964 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 06 2021 05:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15305337 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2021 05:18:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 15304398 | | Email/Text: jennifer.chacon@spservicing.com | Feb 06 2021 05:19:00 | Legacy Mortgage Asset Trust 2019-SL1, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15294506 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2021 05:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15286337 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2021 05:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15263535 | | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2021 04:56:26 | Syncb/Bp DC, C/o, PO Box 965024, Orlando, FL 32896-5024 |
| 15263536 | | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2021 04:56:27 | Syncb/tjxdc, PO Box 965015, Orlando, FL 32896-5015 |
| 15263537 | | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2021 04:35:05 | Synchrony Bank, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 15268827 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2021 04:35:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15263538 | | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2021 04:56:27 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15285855 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 20-22057-CMB    Doc 118    Filed 02/07/21    Entered 02/08/21 00:34:19    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: gamr | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: 314 | Total Noticed: 56 |

| 15285856 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15292840 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

**Name**    **Email Address**

Allison L. Carr
    on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue acarr@attorneygeneral.gov

Brian Nicholas
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT  INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 bnicholas@kmllawgroup.com

Daniel Philip Jones
    on behalf of Creditor Legacy Mortgage Asset Trust 2019-SL1 djones@sterneisenberg.com  bkecf@sterneisenberg.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Hampton & Hampton Township School District jhunt@grblaw.com  cnoroski@grblaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Judith K. Fitzgerald
    on behalf of Creditor Mainline Capital  LLC jfitzgerald@tuckerlaw.com, judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maribeth Thomas
    on behalf of Creditor Mainline Capital  LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Martin A. Mooney
    on behalf of Creditor TD Auto Finance LLC kcollins@schillerknapp.com  lgadomski@schillerknapp.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone
    on behalf of Attorney Robert H. Slone robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com

Robert H. Slone
    on behalf of Debtor Zahra Salari Lak robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

District/off: 0315-2 User: gamr Page 4 of 4
Date Rcvd: Feb 05, 2021 Form ID: 314 Total Noticed: 56
TOTAL: 15