IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 20-22057-CMB |
| ZAHRA SALARI LAK | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| ROBERT H. SLONE, | ) | RE: Docket No. 122 |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

**CERTIFICATE OF SERVICE RE: AMENDED CHAPTER 13 PLAN DATED MARCH 11, 2021**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below and on the attached list on March 11, 2021 by the following:

Service by Electronic Notification:
Ronda J. Winnecour, Trustee:  cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

See attached list.

EXECUTED ON: March 11, 2021          By:     /s/ ROBERT H. SLONE
                                             Robert H. Slone, Esquire
                                             PA I.D. No. 19963
                                             MAHADY & MAHADY
                                             223 South Maple Avenue
                                             Greensburg, PA 15601
                                             (724) 834-2990; robertslone223@gmail.com

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX  79998-1540

Bank of America
4909 Savarese Cir
Tampa, FL  33634-2413

Bank of America
PO Box 982238
El Paso, TX  79998-2238

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE  19899-8801

CB/Sony Visa
Attn: Bankruptcy
PO Box 182273
Columbus, OH  43218-2273

Citibank
Citicorp Credit Srvs/Centr Bk Dept
PO Box 790034
Saint Louis, MO  63179-0034

Citicards Cbna
PO Box 6217
Sioux Falls, SD  57117-6217

Comenity Bank/WS Visa
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH  43218-2125

Comenity Bank/Sony Visa
PO Box 182789
Columbus, OH  43218-2789

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH  43054-3025

HSBC Bank
Attn: Bankruptcy
PO Box 2013
Buffalo, NY  14240-2013

Main Line Capital
105 NE 1st Street
Delray Beach, FL 33444

Synchrony Bank
Attn: Bankruptcy
PO Box 965061
Orlando, FL  32896-5061

Synchrony Bank/TJX
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL  32896-5060

Synchrony Bank
c/o PRA Receivables Mgmt, LLC
PO Box 41021
Norfolk, VA 23541

TD Auto Finance
Attn: Bankruptcy
PO Box 9223
Farmington, MI  48333-9223

TD Auto Finance, LLC
c/o Martin A. Mooney, Esq.
Schiller, Knapp, Lefkowitz &
Hertzel, LLP
950 New Louden Road, Ste. 109
Latham, NY 12110

Two City Plaza Condominium Assoc., Inc.
c/o Becker & Poliakoff, PA
1 East Broward Blvd., Ste. 1700
Ft. Lauderdale, FL 33301

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA  50306-0335

Wells Fargo Bank NA
c/o Jill Manuel-Coughlin, Esq.
Eight Neshaminy Interplex, Ste. 215
Trevose, PA 19053

Duquesne Light Company
c/o Kari P. Ebeck, Esq.
707 Grant Street, Ste. 2200
Pittsburgh, PA 15219

Peoples Natural Gas Company
c/o S. James Wallace, Esq.
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

Bank of New York Mellon
c/o James C. Warmbrodt, Esq.
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Ste. 5000
Philadelphia, PA 19106

Jeffrey R. Hunt, Esquire
GRB Law
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107

Allison L. Carr, Sr. Deputy Attorney
Commonwealth of Pennsylvania
Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Legacy Mortgage Asset Trust 2019-SL1
C/O Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976

U.S. Trustee's Office
Liberty Center, Ste. 970
1001 Liberty Avenue
Pittsburgh, PA 15222