**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 20-22057-CMB |
| | : | |
| ZAHRA SALARI LAK, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | |
| MAINLINE CAPITAL, LLC, | : | Related to Doc. Nos. 83, 90, and 120 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | Hearing: May 11, 2021 at 1:30 p.m. |
| ZAHRA SALARI LAK, | : | Response Deadline: May 4, 2021 |
| | : | |
| Respondent. | : | |

**STIPULATION AND CONSENT ORDER CONTINUING DEADLINES
AND HEARING DATE REGARDING (I) STIPULATION AND CONSENT
ORDER RESOLVING OBJECTION OF MAINLINE CAPITAL, LLC TO
DEBTOR'S CHAPTER 13 PLAN AND IN LIEU OF RELIEF FROM STAY,
AND (II) CHAPTER 13 TRUSTEE'S MOTION TO RECONSIDER
ORDER APPROVING STIPULATION AND CONSENT ORDER**

Mainline Capital, LLC ("**Mainline**"), by and through its counsel, Tucker Arensberg, P.C., and with the consent of the Debtor, Zahra Salari Lak, by her counsel, Robert H. Slone, Esq. and the Chapter 13 Trustee (the "**Trustee**" and together with Mainline and the Debtor, the "**Parties**"), hereby files this *Stipulation and Consent Order Continuing Deadlines and Hearing Date Regarding (I) Stipulation and Consent Order Resolving Objection of Mainline Capital, LLC to Debtor's Chapter 13 Plan and in lieu of Relief from Stay, and (II) Chapter 13 Trustee's Motion to Reconsider Order Approving Stipulation and Consent Order*, and in support thereof, the Parties respectfully stipulate as follows:

WHEREAS, on July 8, 2020, (the "**Petition Date**"), the Debtor filed a petition for relief under Chapter 13 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "**Bankruptcy Code**");

WHEREAS, on September 10, 2020, Mainline filed its proof of claim in the amount of $383,755.79 against the Debtor (the "**Claim**") at Claim No. 9-1 on the Claims Register;

WHEREAS, the Debtor filed her Chapter 13 Plan (the "**Plan**") on August 28, 2020;

WHEREAS, Mainline filed its Objection to the Plan on September 24, 2020, as the Plan fails to pay the Claim, which is now due and owing, in full through the life of the Plan and fails to comply with sections 1322 and 1325 of the Bankruptcy Code;

WHEREAS, Debtor filed an amended plan on October 22, 2020 (Doc. No. 64), which was approved by the Court by way of an Interim Confirmation Order on December 4, 2020.  (Doc. No. 104);   WHEREAS, Mainline and the Debtor resolved the Objection pursuant to the Stipulation and Consent Order filed under Certification of Counsel on November 17, 2020 and approved by the Court on November 18, 2020 (the "**Consent Order**") (Doc. Nos. 82 and 83);

WHEREAS, the Consent Order provides, *inter alia*, that (i) Mainline holds an allowed secured claim of $383,755.79 against certain real property located in Florida (the "**Mortgaged Premises**"), which is to be paid in full by the Debtor, with post-petition interest, attorneys fees, and costs, on or before July 1, 2021; and (i) the Debtor shall pay all delinquent condominium association fees and all delinquent real estate taxes due with respect to the Mortgaged Premises on or before July 1, 2021;

WHEREAS, on November 23, 2020, the Trustee filed the Motion to Reconsider Order Approving Stipulation and Consent Order (the "**Motion to Reconsider**") (Doc. No. 90);

WHEREAS, a hearing to consider the Motion to Reconsider was initially scheduled before the Court on January 6, 2021, at 1:30 p.m. (the "**January 6 Hearing**"), with any responses to be filed on or before December 11, 2020;

WHEREAS, upon request of the parties, the January 6 Hearing was rescheduled for March 16, 2021, at 10:00 a.m. (the "**March 16 Hearing**"), with any responses to be filed on or before March 1, 2021;

WHEREAS, conciliation conferences were held by the Trustee on December 3, 2020 and February 4, 2021, and a continued conciliation conference is scheduled for April 29, 2021 at 11:00 a.m.;

WHEREAS, based upon the representations made by Debtor's counsel at the February 4 conciliation conference, the Parties requested a continuation of March 16 Hearing to a date in May 2021;

WHEREAS, the Court granted the Parties' request and continued the March 16 Hearing to May 11, 2021 (the "**May 11 Hearing**"), with any responses to be filed on or before May 4, 2021;

WHEREAS, on March 11, 2021, the Debtor filed an Amended Chapter 13 Plan (the "**Amended Plan**"), which is now scheduled for a confirmation hearing on April 29, 2021;

WHEREAS, the feasibility of the Amended Plan is substantially dependent upon the liquidation of certain real property located at 2644 Avenue Du Prince Ranier III–54th Floor, Beausoleil, France 06240 (the "**French Property**");

WHEREAS, the Debtor has been unable to return to France to pursue the sale of the French Property and the Parties are waiting for information regarding the sale to determine, *inter alia*, whether the Amended Plan is feasible;

WHEREAS, the Parties wish to give the Debtor a reasonable period of time to market and sell the French Property and agree to continue not only the response date and date of the hearing on the Trustee's Motion for Reconsideration, but also the date by which the Debtor must pay in full both Mainline's Claim and all delinquent condominium association fees and real estate taxes due with respect to the Mortgaged Premises; and

WHEREAS, the Parties request the Court to schedule a hearing sometime in October, 2021, so that the Trustee's Motion for Reconsideration is heard by the Court before the November 1, 2021 date by which the Debtor must pay the full balance of Mainline's Claim and the delinquent condominium association fees and real estate taxes due with respect to the Mortgaged Premises.

AND NOW, based upon the foregoing, and with the Parties intending to be legally bound, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The July 1, 2021 deadline set forth in the Consent Order by which the Debtor shall pay Mainline's Allowed Claim in full is extended to November 1, 2021.

2. The July 1, 2021 deadline set forth in the Consent Order by which the Debtor shall pay all delinquent condominium association fees and all delinquent real estate taxes due with respect to the Mortgaged Premises, and provide proof of payment to Mainline and Chapter 13 Trustee, is extended to November 1, 2021.

3. All other terms of the Consent Order, filed at Doc. No. 90, shall remain in full force and effect pending the Court's resolution of the Trustee's Motion to Reconsider.

4. The deadline to file a response to the Trustee's Motion to Reconsider is continued to October 1, 2021.

5.    The hearing on the Trustee's Motion to Reconsider Order Approving Stipulation and Consent Order scheduled for May 11, 2021 at 1:30 p.m. is CANCELLED and is continued to <u>October 14</u>, 2021 at <u>1</u> : <u>30</u> p.m. via Zoom Video Conference Application.

6.    This Court shall retain jurisdiction over this matter to enforce the terms of this Stipulation.

SO ORDERED:

*[signature]*

HON. CARLOTA M. BÖHM  glb
CHIEF U.S. BANKRUPTCY JUDGE

FILED
4/27/21 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CONSENTED TO BY:

ZAHRA SALARI LAK

*/s/ Robert H. Slone*    Date: April 26, 2021
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
Phone: 724-834-2990
Email: robertslone223@gmail.com

*Counsel for the Debtor*

*/s/ Judith K. Fitzgerald*    Date: April 26, 2021
Judith K. Fitzgerald, Esquire
Pa. I.D. No. 18110
Maribeth Thomas, Esquire
Pa. I.D. No. 208376
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
Phone: 412-566-1212
Fax: 412-594-5619
jfitzgerald@tuckerlaw.com
mthomas@tuckerlaw.com

*Counsel for Mainline Capital, LLC*

<table>
<tr><td>

*/s/ Owen W. Katz*
Owen W. Katz, Esquire
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
okatz@chapter13trusteewdpa.com

*Counsel for Chapter 13 Trustee*

</td><td>

Date: April 26, 2021

</td></tr>
</table>

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22057-CMB |
| Zahra Salari Lak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Zahra Salari Lak, 2154 S Villa Dr, Gibsonia, PA 15044-7473 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison L. Carr | |
| | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Brian Nicholas | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 bnicholas@kmllawgroup.com |
| Daniel Philip Jones | |
| | on behalf of Creditor Legacy Mortgage Asset Trust 2019-SL1 djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Township of Hampton & Hampton Township School District jhunt@grblaw.com cnoroski@grblaw.com |
| Jill Locnikar | |
| | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Judith K. Fitzgerald | |
| | on behalf of Creditor Mainline Capital LLC jfitzgerald@tuckerlaw.com, judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com |

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maribeth Thomas
    on behalf of Creditor Mainline Capital  LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Martin A. Mooney
    on behalf of Creditor TD Auto Finance LLC kcollins@schillerknapp.com  lgadomski@schillerknapp.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone
    on behalf of Debtor Zahra Salari Lak robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com

Robert H. Slone
    on behalf of Attorney Robert H. Slone robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 15