# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | ZAHRA SALARI LAK |
| **Case Number:** | 20-22057-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 29, 2021 11:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/30/21 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#122 Amended Chapter 13 Plan Dated 03/11/201 (NC)
+Objections By: Mainline Capital, LLC
R / M #: 122 / 0

**Appearances:**

Debtor: Slone
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: Allison Carr for PA Rev
Mari beth Thomas for mainline Capital
Jeff Hunt for Hampton Township & SD
Maria Miksich for Bank of America

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 7/15/21 at 11:30 am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/19/2021  10:52:44AM