# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** ZAHRA SALARI LAK
- **Case Number:** 20-22057-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 15, 2021 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/16/21 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#122 Amended Chapter 13 Plan Dated 03/11/2021 (NC)
R / M #: 122 / 0

**Appearances:**

- Debtor: Slone
- Trustee: Winnecour / Pai / Katz / DeSimone
- Creditor: Hunt for Hampton Township

**Proceedings:**

Carr for PA Rev
Jill Locnikar for IRS
Maribeth Thomas for mainline Capital

**Outcome:**

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9/30/21 at 11:30 AM
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ___ Contested Hearing: _____ at _____.
10. ___ Other:

Debtor reports that the property in France may be getting close to a sale. In addition Debtors are prepared to sell Florida prop. Debtor will have either an offer on Florida property presented to Court or a broker engaged by next conciliation date.

7/6/2021   12:16:31PM