**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 20-22057-CMB** |
| | : | |
| **Zahra Salari Lak** | : | **Chapter 13** |
| **Debtor** | : | |
| | : | **Document No.** |
| **Zahra Salari Lak** | : | |
| | : | **Hearing Date: 10/13/21@1:30 p.m.** |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **No Respondents** | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING**
**DEBTOR'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. §1307**

TO THE RESPONDENT(S):

*You are hereby notified that the above Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **October 4, 2021** (i.e., seventeen (17) calendar days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and procedures of this Court, and the procedures of Judge Agresti as found on his Procedures webpage at **www.pawb.uscourts.gov/procedures.**  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Motion to your Lawyer at once.*

A *Zoom Video Conference Hearing* will be held on **Wednesday, October 13, 2021, at 1:30 p.m**. before Judge Carlota M. Böhm via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing, please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191 , or alternatively, you may use the following: **Meeting ID: 161 4380 0191.** For questions regarding the connection, contact Judge Böhm's Chambers at 412-644-4328. *All attorneys and parties may only appear by Zoom and must comply with Chief Judge Böhm's Zoom Procedures, which can be found on the Court's website at  http://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf*. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Böhm's Chambers to make telephonic arrangements.  Only ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service:  September 16, 2021 | /s/ ROBERT H. SLONE                          |
| | Robert H. Slone, Esquire |
| | PA I.D. No. 19963 |
| | MAHADY & MAHADY |
| | 223 South Maple Avenue |
| | Greensburg, PA 15601 |
| | (724) 834-2990; robertslone223@gmail.com |