**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | Bankruptcy No. 20-22057-CMB |
| | : | |
| **Zahra Salari Lak** | : | Chapter 13 |
|         **Debtor** | : | |
| | : | Document No. |
| **Zahra Salari Lak** | : | |
| | : | Hearing Date: 10/13/21@1:30 p.m. |
|         **Movant** | : | |
| | : | |
|         **v.** | : | |
| | : | |
| **No Respondents** | : | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE OF MOTION TO DISMISS CASE UNDER 11 U.S.C. §1307, HEARING NOTICE AND PROPOSED ORDER**

    I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below and on the attached list on September 17, 2021 by the following:

Service by First-Class Mail:

| | |
|---|---|
| Maribeth Thomas, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222 | Judith K. Fitzgerald, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222 |

EXECUTED ON: September 17, 2021    By:    /s/ ROBERT H. SLONE
    Robert H. Slone, Esquire
    PA I.D. No. 19963
    MAHADY & MAHADY
    223 South Maple Avenue
    Greensburg, PA 15601
    (724) 834-2990
    robertslone223@gmail.com