# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** ZAHRA SALARI LAK
- **Case Number:** 20-22057-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 30, 2021 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
10/1/21 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#122 Amended Chapter 13 Plan Dated 03/11/2021 (N)
R / M #:  122 / 0

**Appearances:**

- Debtor: Slare
- Trustee: Winnecour / Warmbrodt / Katz / DeSimone
- Creditor: Thomas for mainline
  Lauren Michaels for PA Rev

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____. Objections are due on or before _____. A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 10/13/21 at 1:30 pm.
10. _____ Other:

Debtor filed motion to dismiss. Scheduled plan for contested hearing to track.

9/20/2021  11:59:37AM