**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | Bankruptcy No. 20-22057-CMB |
| | : | |
| **Zahra Salari Lak** | : | Chapter 13 |
|         **Debtor** | : | |
| | : | Document No. |
| **Zahra Salari Lak** | : | |
| | : | |
|         **Movant** | : | |
| | : | |
|       **v.** | : | |
| | : | |
| **No Respondents** | : | |

**ORDER OF COURT**

AND NOW, to wit, this _____ day of _____ 2021, upon consideration of the Debtor's Motion to Dismiss Case Under 11 U.S.C. §1307, it is hereby ORDERED that the above-captioned Chapter 13 bankruptcy case is dismissed without prejudice.

It is FURTHER ORDERED that the dismissal of this bankruptcy case shall include a one (1) year bar to a subsequent filing by the Debtor under any chapter of the Bankruptcy Code as per the Stipulation and Consent Order filed in this case resolving the Limited Objection of MainLine Capital, LLC to the Debtor's Motion to Dismiss.

BY THE COURT:

_____
CARLOTA M. BÖHM
U.S. Bankruptcy Judge