**PROCEEDING MEMO**

**Date: 10/13/2021 01:30 pm**

**In re:   Zahra Salari Lak**

                    **Bankruptcy No. 20-22057-CMB**
                    **Chapter: 13**
                    **Doc. # 138**

**Appearances: Owen Katz, Robert Slone, Maribeth Thomas, Allison Carr**

**Nature of Proceeding: #138 Motion To Dismiss Case Under 11 U.S.C. Section 1307**

**Additional Pleadings: #145 Limited Objection of Mainline Capital, LLC**
                    **#147 Stipulation and Consent Order Resolving Limited Objection of Mainline Capital, LLC to Debtor's Motion to Dismiss**

**Judge's Notes:**
OUTCOME: Stipulation will be entered. Case is dismissed without prejudice. Order will be entered once it is revised.
-On or before 10/18, Attorney Slone shall file a revised proposed order adding language indicating that the Debtor is barred from filing another bankruptcy case for the term of one-year due to consent in the filed stipulation.

                    **Carlota Böhm**
                    **Chief U.S. Bankruptcy Judge**

                    FILED
                    10/14/21 9:52 am
                    CLERK
                    U.S. BANKRUPTCY
                    COURT - WDPA