# PROCEEDING MEMO

**Date: 10/13/2021 01:30 pm**

**In re:   Zahra Salari Lak**

**Bankruptcy No. 20-22057-CMB**
**Chapter: 13**
**Doc. # 122**

**Appearances: Owen Katz, Robert Slone, Maribeth Thomas, Allison Carr**

**Nature of Proceeding: #122 Contested Plan Hearing Re: Amended Chapter 13 Plan Dated 03/11/2021**

**Additional Pleadings:** #122 Amended Chapter 13 Plan Dated 03/11/2021
#130 Conciliation Conference Minutes Dated 04/29/2021 - Conciliation Continued to 07/15/2021 at 11:30 a.m.
#136 Conciliation Conference Minutes Dated 07/15/2021 - Conciliation Continued to 09/30/2021 at 11:30 a.m.
#143 Conciliation Conference Minutes Dated 09/30/2021 - Continued to a CONTESTED Hearing on 10/13/2021 at 1:30 p.m. before Judge Böhm

**Judge's Notes:**

OUTCOME: Stipulation will be entered. Case is dismissed without prejudice. Order will be entered once it is revised.

-On or before 10/18, Attorney Slone shall file a revised proposed order adding language indicating that the Debtor is barred from filing another bankruptcy case for the term of one-year due to consent in the filed stipulation.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/14/21 9:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA