IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-22057-CMB |
| | : | |
| **Zahra Salari Lak** | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. |
| **Zahra Salari Lak** | : | |
| | : | Related to Doc. No. 138, 148 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **No Respondents** | : | |

## ORDER OF COURT

AND NOW, to wit, this __14th__ day of __October__ 2021, upon consideration of the Debtor's Motion to Dismiss Case Under 11 U.S.C. §1307, it is hereby ORDERED that the above-captioned Chapter 13 bankruptcy case is dismissed.

It is FURTHER ORDERED that the dismissal of this bankruptcy case shall include a one (1) year bar to a subsequent filing by the Debtor under any chapter of the Bankruptcy Code as per the Stipulation and Consent Order filed in this case resolving the Limited Objection of MainLine Capital, LLC to the Debtor's Motion to Dismiss.

BY THE COURT:

*Carlota M. Böhm* dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
10/14/21 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22057-CMB |
| Zahra Salari Lak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 4 |
| Date Rcvd: Oct 14, 2021 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Zahra Salari Lak, 2154 S Villa Dr, Gibsonia, PA 15044-7473 |
| aty | + | Robert H. Slone, 223 South Maple Avenue, Greensburg, PA 15601-3232 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Commonwealth of Pennsylvania, Department of Revenu, Office of Attorney General, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4262 |
| cr | + | Legacy Mortgage Asset Trust 2019-SL1, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Mainline Capital, LLC, 105 NE 1st Street, Delray Beach, FL 33444-3807 |
| cr | + | TD Auto Finance LLC, c/o Martin A. Mooney, Esq., 950 New London Road, Ste. 109, Latham, NY 12110-2190 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, 4161 Piedmont Parkway, Greensboro, NC 27410-8175 |
| cr | + | Township of Hampton & Hampton Township School Dist, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Two City Plaza Condominium Association, Inc., c/o Becker & Poliakoff, P.A., 1 East Broward Blvd., Suite 1700, Ft. Lauderdale, FL 33301-1862 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219 U.S.A. 15219-1906 |
| cr | + | WELLS FARGO BANK, N.A., c/o Jill Manuel Coughlin, Esq., 8 Neshaminy Interplex, Ste. 215, Trevose, PA 19053-6980 |
| 15285854 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15263518 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15263519 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 15263521 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15263520 | | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15263522 | | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15263523 | | Brclysbankde, PO Box 8803, Wilmington, DE 19899-8803 |
| 15263524 | | CB/Sony Visa, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15263525 | | Cb/wsvisa, PO Box 182789, Columbus, OH 43218-2789 |
| 15263532 | | HSBC Bank, Attn: Bankruptcy, PO Box 2013, Buffalo, NY 14240-2013 |
| 15263533 | | Hsbc Bank, PO Box 2013, Buffalo, NY 14240-2013 |
| 15301959 | | KML Law Group, PC, BNY Mellon Independence Center, 701 Markert Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 15304398 | | Legacy Mortgage Asset Trust 2019-SL1, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15301956 | + | Legacy Mortgage Asset Trust 2019-SL1, c/o Daniel P. Jones, Esq., Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, Warrington, PA 18976-3403 |
| 15263534 | + | Main Line Capital, LLC, 105 NE 1st Street, Delray Beach, FL 33444-3807 |
| 15287373 | + | Mainline Capital, LLC, c/o Judith K. Fitzgerald, Esq., 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| 15269940 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15263539 | | TD Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 15263540 | | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington, MI 48333-9223 |
| 15285600 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Ste. 109, Latham, NY 12110-2190 |
| 15301957 | | The Bank of New York Mellon, c/o Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 15280260 | | The Bank of New York Mellon, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15303195 | + | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15303194 | + | Township of Hampton and Hampton Township SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15286166 | + | Two City Plaza Condominium Association, Inc., c/o Becker & Poliakoff, P.A., 1 E. Broward Blvd., Suite 1700, Ft. Lauderdale, Florida 33301-1862 |
| 15301958 | + | Two City Plaza Condominium Association, Inc., c/o Becker & Poliakoff, PA, 1 East Broward Avenue, Ste. 1700, Ft. Lauderdale, FL |

| | | | |
|---|---|---|---|
| | | 33301-1862 | |
| 15288768 | #+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 | |
| 15263541 | | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 | |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 14 2021 23:09:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15263526 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2021 23:25:26 | Citibank, Citicorp Credit Srvs/Centr Bk Dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15263527 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2021 23:09:07 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15263528 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 14 2021 23:07:00 | Comenity Bank/WS Visa, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15263529 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 14 2021 23:07:00 | Comenitybank/sonyvisa, PO Box 182789, Columbus, OH 43218-2789 |
| 15263530 | | Email/Text: mrdiscen@discover.com | Oct 14 2021 23:07:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 15263531 | | Email/Text: mrdiscen@discover.com | Oct 14 2021 23:07:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15287964 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 14 2021 23:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15305337 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2021 23:07:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 15294506 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2021 23:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15286337 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2021 23:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15263535 | | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 23:08:52 | Syncb/Bp DC, C/o, PO Box 965024, Orlando, FL 32896-5024 |
| 15263536 | | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 23:08:52 | Syncb/tjxdc, PO Box 965015, Orlando, FL 32896-5015 |
| 15263537 | | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 23:08:52 | Synchrony Bank, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 15268827 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 23:08:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15263538 | | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 23:08:52 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15285855 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

District/off: 0315-2 User: dric Page 3 of 4
Date Rcvd: Oct 14, 2021 Form ID: pdf900 Total Noticed: 56

| | | |
|---|---|---|
| 15285856 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15292840 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:

**Name**  **Email Address**

Allison L. Carr
   on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov

Brian Nicholas
   on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 bnicholas@kmllawgroup.com

Daniel Philip Jones
   on behalf of Creditor Legacy Mortgage Asset Trust 2019-SL1 djones@sterneisenberg.com bkecf@sterneisenberg.com

Jeffrey R. Hunt
   on behalf of Creditor Township of Hampton & Hampton Township School District jhunt@grblaw.com

Jill Locnikar
   on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Manuel-Coughlin
   on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

Judith K. Fitzgerald
   on behalf of Creditor Mainline Capital LLC jfitzgerald@tuckerlaw.com, judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maribeth Thomas
   on behalf of Creditor Mainline Capital LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Martin A. Mooney
   on behalf of Creditor TD Auto Finance LLC kcollins@schillerknapp.com lgadomski@schillerknapp.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone
   on behalf of Attorney Robert H. Slone robertslone223@gmail.com rslone@pulsenet.com;G17689@notify.cincompass.com

Robert H. Slone
   on behalf of Debtor Zahra Salari Lak robertslone223@gmail.com rslone@pulsenet.com;G17689@notify.cincompass.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

District/off: 0315-2                         User: dric                                              Page 4 of 4
Date Rcvd: Oct 14, 2021                Form ID: pdf900                                  Total Noticed: 56
TOTAL: 15