**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ZAHRA SALARI LAK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-22057<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/08/2020 and confirmed on 12/04/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,835.00 |
| Less Refunds to Debtor | 12.21 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,822.79 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,990.47 | |
|     Trustee Fee | 4,090.76 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,081.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   MAINLINE CAPITAL LLC | 0.00 | 46,230.60 | 0.00 | 46,230.60 |
|     Acct: | | | | |
|   WELLS FARGO BANK NA | 0.00 | 9,980.74 | 0.00 | 9,980.74 |
|     Acct: 2284 | | | | |
|   TWO CITY PLAZA CONDOMINIUM ASSN IN( | 0.00 | 4,079.83 | 0.00 | 4,079.83 |
|     Acct: X2211 | | | | |
|   WELLS FARGO BANK NA | 812.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 2284 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8666 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5265 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6293 | | | | |
|   TWO CITY PLAZA CONDOMINIUM ASSN IN( | 12,296.90 | 0.00 | 0.00 | 0.00 |
|     Acct: 7221 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5265 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| HAMPTON TOWNSHIP (STRM WTR)<br>Acct: 09H1 | 115.00 | 0.00 | 0.00 | 0.00 |
| HAMPTON TOWNSHIP (STRM WTR)<br>Acct: 09H1 | 13.80 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 5265 | 1,160,625.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 5265 | 15,745.84 | 0.00 | 0.00 | 0.00 |
| TD AUTO FINANCE<br>Acct: 0668 | 0.00 | 8,450.39 | 0.00 | 8,450.39 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 8666 | 596,098.35 | 0.00 | 0.00 | 0.00 |
| LEGACY MORTGAGE ASSET TRUST 2019-<br>Acct: 1815 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 68,741.56 |
| **Priority** | | | | |
| ROBERT HENRY SLONE ESQUIRE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ZAHRA SALARI LAK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ZAHRA SALARI LAK<br>Acct: | 12.21 | 12.21 | 0.00 | 0.00 |
| MAHADY & MAHADY<br>Acct: | 2,000.00 | 1,990.47 | 0.00 | 0.00 |
| MAHADY & MAHADY<br>Acct: | 4,000.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 5265 | 50,359.38 | 0.00 | 0.00 | 0.00 |
| HAMPTON TOWNSHIP SD & HAMPTON TW<br>Acct: 5265 | 1,138.67 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 6293 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1005 | 16,720.22 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1002 | 10,223.68 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1002 | 4,050.72 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS<br>Acct: 4193 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA**<br>Acct: 6736 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA**<br>Acct: 5789 | 0.00 | 0.00 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE<br>Acct: 6581 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 6273 | 3,093.98 | 0.00 | 0.00 | 0.00 |
| CITIBANK**<br>Acct: 1773 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 5982 | 7,708.05 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 0251 | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |

| 20-22057 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 3810 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7748 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7803 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 467.99 | 0.00 | 0.00 | 0.00 |
| Acct: 1212 | | | | |
|   DUQUESNE LIGHT COMPANY* | 49.89 | 0.00 | 0.00 | 0.00 |
| Acct: 6680 | | | | |
|   DUQUESNE LIGHT COMPANY* | 131.36 | 0.00 | 0.00 | 0.00 |
| Acct: 6839 | | | | |
|   PA DEPARTMENT OF REVENUE* | 77,687.89 | 0.00 | 0.00 | 0.00 |
| Acct: 5265 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6293 | | | | |
|   POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7803 | | | | |
|   S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SCHILLER KNAPP LEFKOWITZ & HERTZEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LAW OFFICE OF JOHN A WAGNER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   WORLD SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   FARHAD SALARI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                                         68,741.56

```
TOTAL CLAIMED
PRIORITY                     51,498.05
SECURED                   1,785,707.41
UNSECURED                   120,133.78
```

Date: 11/09/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com