# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-22057-CMB |
| Zahra Salari Lak, | ) **Chapter** 13 |
|         **Debtor,** | ) |
| Zahra Salari Lak, | ) **Related Document No.** 162-160 |
|         **Movant,** | ) **Hearing Date:** 2/14/22 @ 2:00 p.m. |
| vs. | ) **Response Due:** 2/14/22 at 8:00 am |
| No Respondent. | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Notice and Order Setting Emergency Hearing and Debtor's Emergency Motion to Reopen Bankruptcy Case Pursuant to 11 U.S.C. § 350(b)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 10, 2022.

**SERVICE BY FEDEX AND E-MAIL:**
Zahra Salari Lak, 2154 S. Villa Dr., Gibsonia, PA 15044; mehranslak@yahoo.com
Robert H. Slone, Mahady & Mahady 223 South Maple Avenue, Greensburg, PA 15601; robertslone223@gmail.com
Office of the United States Trustee; Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219; cmecf@chapter13trusteewdpa.com
Duquesne Light Co., c/o Keri P. Ebeck, Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower Pittsburgh, PA 15219; kebeck@bernsteinlaw.com
Mainline Capital, LLC, c/o Judith K. Fitzgerald, Esq., 1500 One PPG Place, Pittsburgh, PA 15222; jfitzgerald@tuckerlaw.com
Jeffrey R. Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219; jhunt@grblaw.com
Legacy Mortgage Asset Trust 2019-SL1, c/o Daniel Phillip Jones, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976; djones@sterneisenberg.com
Jill Locknikar, U.S. Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219; jill.locnikar@usdoj.gov
Wells Fargo, c/o Jill Manuel Coughlin, Esq. Powers Kirn LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053; jill@powerskirn.com
TD Auto Finance LLC, c/o Martin A. Mooney, Esq., Schiller, Knapp, Lefkowitz & Hertzel LLP, 950 New Loudon Road, Suite 109, Latham, NY 1211; kcollins@schillerknapp.com
The Bank of New York Mellon, c/o Brian Nicholas, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541; bnicholas@kmllawgroup.com
Maribeth Thomas, Tucker Arensberg PC, 1500 One PPG Place, Pittsburgh, PA 15222; mthomas@tuckerlaw.com
Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233; ecfpeoples@grblaw.com
Allison L. Carr on behalf of Creditor Office of Attorney General, Department of Revenue; 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222;  acarr@attorneygeneral.gov
Bank of America, 4909 Savarese Cir, Tampa, FL 33634; customerservice@bankofamerica.com

**SERVICE BY FEDEX AND FAX:**
Two City Plaza Condominium Association, Inc., c/o Becker & Poliakoff, P.A. 1 E. Broward Blvd., Suite 1700, Ft. Lauderdale, FL 33301; FAX: 954-985-4176

**SERVICE BY FIRST-CLASS MAIL AND E-MAIL:**
Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, De 19850; discover@e.dicover.com
Discover Financial, Attn; Bankruptcy, P.O. Box 3025, New Albany, OH 43054; discover@e.discover.com
HSBC Bank, Attn: Bankruptcy, P.O. Box 2013, Buffalo, NY 14240; customerservice@hsbc.com
Quantum3 Group LLS as agent for Comentiy Bank, P.O. Box 788, Kirkland, WA 98083; info@quantum3group.com
Syncb/Bp DC, P.O. Box 965024, Orlando, FL 32896-5024; bankruptcy_info@portfoliorecovery.com
Synch/tjxdc, P.O. Box 965015, Orlando, FL 32896-5015; bankruptcy_info@portfoliorecovery.com
Synchrony Bank, Attn: Bankruptcy Dept. P.O. Box 965061, Orlando, FL 32896-5061; bankruptcy_info@portfoliorecovery.com
Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541; bankruptcy_info@portfoliorecovery.com
Synchrony Bank/Tjx, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060; bankruptcy_info@portfoliorecovery.com

**SERVICE BY FIRST-CLASS MAIL AND FAX:**
American Express National Bank; c/o Becket and Lee LLP, P.O. Box 3001, Malvern, PA 19355; Fax 800-542-0779
Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899; FAX 866-443-5266
Barclays Bank P.O. Box 8803, Wilmington, DE 19899; FAX 866-443-5266
CB/Sony Visa, Attn Bankruptcy, P.O. Box 182273, Columbus, OH 43218; FAX 866-533-0503
CB/Visa, P.O. Box 182789, Columbus, OH 43218; FAX 866-533-0503
Citibank, Citicorp Credit Srvs/Centr Bk Dept. P.O. Box 790034, Saint Lois, MO 63179; FAX 866-533-0503
Citicards Cbna, P.O. Box 6217, Sioux Falls, SD 57117; FAX 866-533-0503

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: FedEx and E-mail or Fax (First-Class Mail and E-mail or Fax to P.O. Boxes)

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated:** February 10, 2022

**BY:**   /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**