IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 20-22057-CMB |
| ZAHRA SALARI LAK, | Chapter 13 |
| Debtor. | |
| ZAHRA SALARI LAK, | |
| Movant, | |
| v. | |
| MAINLINE CAPITAL, LLC | |
| Respondent. | |

**AMENDED CERTIFICATE OF SERVICE OF RESPONSES AND COMBINED OBJECTION OF MAINLINE CAPITAL, LLC TO DEBTOR'S MOTION TO REOPEN BANKRUPTCY CASE AND DEBTOR'S MOTION TO ENFORCE STIPULATION**

I, Judith K. Fitzgerald, hereby certify that, on the 13th day of February, 2002, I served or caused to be served a copy of Mainline Capital LLC's *Responses and Combined Objection of Mainline Capital, LLC to Debtor's Motion to Reopen Bankruptcy Case and Debtor's Motion to Enforce Stipulation* upon all parties in interest via the Court's CM/ECF electronic notification system and upon Debtor's counsel and counsel for the chapter 13 trustee via electronic mail at the addresses listed below:

| | |
|---|---|
| Donald R. Calaiaro, Esquire<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA  15222-3708<br>dcalaiaro@c-vlaw.com<br>*Counsel for the Debtor* | Owen Katz, Esquire<br>Office of the Chapter 13 Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>okatz@chapter13trusteewdpa.com<br>*Chapter 13 Trustee* |

Dated:  February 14, 2021

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald, Esq. (Pa. I.D. No. 18110)
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
(412) 566-1212
jfitzgerald@tuckerlaw.com

*Counsel for Mainline Capital, LLC*