**PROCEEDING MEMO**

Date: 02/14/2022 02:00 pm

In re:  Zahra Salari Lak

Bankruptcy No. 20-22057-CMB
Chapter: 13
Doc. # 160

Appearances:  BY ZOOM:  Donald R. Calaiaro;  Judith Fitzgerald;  Maribeth Thomas;  Devin Radkay;  Zahra Salari Lak - Debtor

Nature of Proceeding: #160 Debtor's Emergency Motion To Reopen Bankruptcy Case Pursuant To 11 U.S.C. Section 350(b)

Additional Pleadings: #149 Proceeding Memo from 10/13/2021 Hearing on #138 Motion To Dismiss Case
#153 Order Signed 10/14/20221 Dismissing Case.  It is FURTHER ORDERED that the dismissal of this bankruptcy case shall include a one (1) year bar to a subsequent filing by the Debtor under any chapter of the Bankruptcy Code as per the Stipulation and Consent Order filed in this case resolving the Limited Objection of MainLine Capital, LLC to the Debtor's Motion to Dismiss.
#162 Order Signed 02/10/2022 Scheduling Emergency Hearing on #160.  Emergency Hearing scheduled for 02/14/2022 at 2:00 p.m. via Zoom.   Responses Due: 02/14/2022 at 8:00 a.m.
#164 Certificate of Service of Docket Nos. 160 and 162.
#166 Responses and Combined Objection of Mainline Capital, LLC To Debtor's Motion To Reopen Bankruptcy Case And Debtor's Motion To Enforce Stipulation.
#167 Amended Certificate of Service
#168 Exhibit A - Amended Declaration of Devin Radkay to Docket #166
#169 Exhibit A - Amended Declaration of Devin Radkay to Docket #166
#170 Supplemental Response To Docket No. 160

Judge's Notes:

Outcome:  Hearing Held.  Order Entered Denying Motion due to Prior Record in this case, and the Court Findings on the Record this Date.  No Filing Fee is required.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
2/14/22 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA