# PROCEEDING MEMO

**Date:** 02/14/2022 02:00 pm

**In re:** Zahra Salari Lak

Bankruptcy No. 20-22057-CMB
Chapter: 13
Doc. # 161

**Appearances:** BY ZOOM: Donald R. Calaiaro; Judith Fitzgerald; Maribeth Thomas; Devin Radkay; Zahra Salari Lak - Debtor

**Nature of Proceeding:** #161 Emergency Motion To Enforce The Stipulation

**Additional Pleadings:** #150 Proc Memo from 10/13/2021 Hearing on #122 Amended Chapter 13 Dated 03/11/2021
   #151 Stipulation and Consent Order Resolving Limited Objection of Mainline Capital, LLC To Debtor's Motion To Dismiss
   #163 Order Signed 02/10/2022 Scheduling Emergency Hearing on #161.  Emergency Hearing scheduled for 02/14/2022 at 2:00 p.m. via Zoom.   Responses Due: 02/14/2022 at 8:00 a.m.
   #165 Certificate of Service of Docket Nos. 161 and 163
   #166 Responses and Combined Objection of Mainline Capital, LLC To Debtor's Motion To Reopen Bankruptcy Case and Debtor's Motion To Enforce Stipulation
   #167 Amended Certificate of Service
   #168 Exhibit A - Amended Declaration of Devin Radkay to Docket #166
   #169 Exhibit A - Amended Declaration of Devin Radkay to Docket #166
   #170 Supplemental Response To Docket No. 161

**Judge's Notes:**

**Outcome:** Hearing Held.  Order Entered Denying Motion due to Prior Record in this case, and the Court Findings on this Date.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
2/14/22 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA